## HAGGARD v. THE STATE.

[No. 3,211.    Filed March 12, 1901.]

From the Tippecanoe Circuit Court.    *Affirmed.*

*J. F. Hanly, W. R. Wood, R. O. Hawkins* and *H. E. Smith,* for appellant.

*C. E. Thompson, D. E. Storms* and *W. L. Taylor,* Attorney-General, for State.

PER CURIAM.—The sole question for decision as presented by the record before us is, in all essential respects, identical to that decided in the case of *Marmont* v. *State,* 48 Ind. 21, and upon the authority of that case the judgment is affirmed.